**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> LAURANCE H. FREED and <br> CAROLINE WALTERS. | No. 13 CR 951 <br><br> Honorable Robert M. Dow, Jr. |

**DEFENDANT LAURANCE H. FREED'S
MOTION TO PERMIT TRAVEL**

Defendant LAURANCE H. FREED, through his counsel, respectfully requests that this Court enter an Order granting him permission to travel with his spouse and their daughter to France for purposes of a family baptism and reunion, as presented one year ago and provisionally granted prior to the diagnosis of a serious illness preventing defendant's wife from traveling, causing postponement of the trip.

In support of this request, defendant states as follows:

1. Defendant was interviewed by Pre-Trial Services and was arraigned on the charges pending against him in this case on January 9, 2014.

2. On that occasion, defendant surrendered his passport to the Pre-Trial Services officer. He then was enlarged on a Personal Recognizance bond in the amount of $4,500. Defendant is subject to standard bond conditions and he has promised to appear in court as required and to serve any sentence imposed. Defendant has complied fully with all conditions of the bond Order entered in his case.

3. Defendant's wife is a native of France. Defendant and his wife are parents of a two-year old daughter. Defendant and his wife have traveled to France, and specifically to the town of St. Briac, located in Brittany, each year since 2007, with the exception of 2014 when

their planned trip was canceled due to defendant's wife's illness and subsequent treatment. The Court's order provisionally granting defendant's motion to travel in 2014 is at Dkt. #32; the agreed order was never submitted because of the postponement of the trip.

4. Defendant's father-in-law, now 84 years old, resides in the village of St. Briac, where defendant's wife was born. Her father, her five (5) aunts and uncles, her sixteen (16) cousins, and some forty (40) other relatives reside in St. Briac.

5. Defendant seeks permission from this Court to travel with his wife and his daughter to St. Briac from on or about July 15, 2015, until on or about August 31, 2015. This travel will be solely for purposes of reuniting with his wife's family and to attend the postponed baptism of two infants who are the children of defendant's wife's cousins. Defendant promises this Court that he, his wife, and his daughter will fly from Chicago to Paris; they will travel by train from Paris to St. Briac; and they will reverse that travel to return to Chicago but will make no other journeys and will enter no country other than France.

6. Defendant acknowledges and re-asserts his previous promise to appear in Court as directed by this Court; to appear as required for all proceedings in his case; and to appear for and serve any sentence that is entered against him in this case.

7. Defendant first learned that he was the subject of government investigation in May 2010, when he received notice of an inquiry by the Wisconsin Attorney General. Defendant then became aware of subpoenas issued by federal authorities in the Summer of 2011. Those events notwithstanding, Defendant and his wife traveled to France in 2010, 2011, 2012 and 2013 and on each occasion, they returned to their home in the United States.

8. Defendant has substantial ties to the Northern District of Illinois. He owns and operates a business in this district. He owns and resides in a home in this district. He has no

intent or desire to deprive his wife and infant child of their ability to live in their home and he fully intends to return to the United States at the conclusion of this planned trip, if permission is granted to him to make this journey. Defendant is aware of the negative ramifications that would attend any failure on his part to return to the United States, or to otherwise not comply with the conditions of his pre-trial release.

9. Defendant further will agree to any conditions set by this Court for purposes of this travel, and will report as directed to Pre-Trial Services before, during and after the trip if so ordered.

WHEREFORE, defendant Laurance H. Freed respectfully requests that this Court grant him permission to travel from Chicago to St. Briac, France from on or about July 15, 2015, until on or about August 31, 2015.

Dated: April 20, 2015

Respectfully submitted,

LAURANCE H. FREED

By: /s/ Corey B. Rubenstein
    One of His Attorneys

Mark L. Rotert
Corey B. Rubenstein
Andrea C. Halverson
STETLER, DUFFY & ROTERT, LTD.
10 S. LaSalle Street
Suite 2800
Chicago, Illinois 60603
(312) 338-0200
mrotert@sdrlegal.com
cruben@sdrlegal.com
ahalverson@sdrlegal.com