

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America | Case No: 13CR951-1 |
| v. | Judge: Robert M. Dow, Jr. |
| Laurance H. Freed | |

## ORDER

As to Defendant Laurance H. Freed: Arraignment and plea held. Defendant acknowledged receipt of the Superseding Indictment, waived formal reading and entered a plea of not guilty to the charges pending against him in the Superseding Indictment. Bond shall remain the same. Status hearing held and continued to 9/4/2015 at 10:30 a.m. to discuss pretrial preparation. Motion hearing held. Laurance H. Freed's motion to permit travel from Chicago to St. Briac, France from on or about 7/15/2015, until on or about 8/31/2015 [56] is granted over the Government's objection. As discussed in open Court and on the record, counsel shall submit a proposed agreed order to the Court. Without objection from the Defendant, time is excluded to 9/4/2015 in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A) - (B) and United States vs. O'Connor, No. 09-2476 (7th Cir.Sept. 1, 2011).

:10 arr
:05 sh
:05 mot

Date: 4/23/2015   /s/Robert M. Dow, Jr.
United States District Court Judge