

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

United States of America          Case No: 13CR951-2

v.

         Judge: Robert M. Dow, Jr.

Caroline Walters

## **ORDER**

As to Defendant Caroline Walters: Arraignment and plea held. Defendant acknowledged receipt of the Superseding Indictment, waived formal reading and entered a plea of not guilty to the charges pending against her in the Superseding Indictment. Bond shall remain the same. Status hearing held and continued to 9/4/2015 at 10:30 a.m. to discuss pretrial preparation. Without objection from the defendant, time is excluded to 9/4/2015 in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A) - (B) and United States vs. O'Connor, No. 09-2476 (7th Cir.Sept. 1, 2011).

:10 arr
:05 sh

Date:     4/23/2015          /s/Robert M. Dow, Jr.
                                                          United States District Court Judge