**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAURANCE H. FREED | No. 13 CR 951<br><br>Honorable Robert M. Dow, Jr. |

**ORDER MODIFYING BOND TRAVEL RESTRICTIONS**

This matter coming before the Court on the Motion of Defendant LAURANCE H. FREED to Permit Travel (Dkt. # 56),

IT IS HEREBY ORDERED as follows:

1. Defendant Freed's travel conditions are modified to authorize his travel from Chicago to France from no earlier than July 15, 2015, until no later than August 31, 2015.

2. Defendant Freed shall provide the Court, the Government, and the Pretrial Services Officer with a written itinerary prior to his departure, and he shall promptly notify the Court, the Government, and the Pretrial Services Officer through his counsel upon each of his departure from and return to the United States.

3. Pretrial Services is ordered to return to Defendant Freed his passport by no later than July 1, 2015.

4. Defendant Freed is ordered to surrender his passport to Pretrial Services promptly upon his return from France.

IT IS SO ORDERED.

4/27/2015

Hon. Robert M. Dow, Jr.

United States District Court Judge

2

AGREED AS TO FORM:

/s/ Renato Mariotti
Renato Mariotti,
Assistant United States Attorney

PREPARED BY:

Corey B. Rubenstein
STETLER, DUFFY & ROTERT, LTD.
Counsel for Defendant Freed