# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                              Case No.: 1:13−cr−00951
                                                         Honorable Robert M. Dow Jr.

Laurance H Freed, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 4, 2015:

      MINUTE entry before the Honorable Robert M. Dow, Jr. as to Laurance H Freed (1) and Caroline Walters (2): Status hearing held. Counsel's oral motion to waive the personal appearance of the defendants is granted. Defendants' Daubert motions are due by 9/18/2015; government's response due by 10/9/2015; Defendants' replies due 10/23/2015. Without objection from the defendants, time is excluded to and including the trial date of 2/8/2016 in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A) − (B) and United States vs. O'Connor, No. 09−2476 (7th Cir.Sept. 1, 2011). Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.