UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 13 CR 951 |
| v. | ) | |
| | ) | Honorable Robert M. Dow, Jr. |
| LAURANCE H. FREED and | ) | |
| CAROLINE WALTERS | ) | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

The UNITED STATES OF AMERICA, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, respectfully requests that the deadline to file its response to Defendants' Motion to Dismiss is extended until November 6, 2015. In support of this motion, the government states as follows:

1. Defendants filed a 17-page Motion to Dismiss on September 18, 2015. Defendant's motion seeks to dismiss significant portions of the indictment and raises a number of distinct legal issues that require legal research.

2. Since September 24, 2015, the undersigned AUSA has been on trial in *United States v. Robert Lattas & Nicholas Burge*, 13 CR 463, before Judge John W. Darrah. Closing arguments were given yesterday, and the jury has not yet reached a verdict.

3. The trial in *United States v. Lattas & Burge* was originally set to begin on September 14, 2015 but the trial date was delayed shortly before trial was set to begin.

4. The undersigned AUSA is currently preparing for a jury trial in *United States v. Michael Coscia*, 14 CR 551, before Judge Harry D. Leinenweber, which is set to begin on October 26, 2013.

5. Given the undersigned AUSA's trial schedule, AUSA Matthew Getter will draft the government's response. It will take AUSA Getter additional time to learn the facts of this case before he begins to draft the government's response.

6. In light of the need for AUSA Getter to learn the facts of this case, and the undersigned AUSA's trial schedule, the government requests a 28-day extension of time.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: /s/ Renato Mariotti
RENATO MARIOTTI
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7855