UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 13 CR 951 |
| v. | ) | |
| | ) | Honorable Robert M. Dow, Jr. |
| LAURANCE H. FREED and | ) | |
| CAROLINE WALTERS | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, October 14, 2015, at 9:15 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Robert M. Dow, Jr. in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **GOVERNMENT'S MOTION FOR EXTENSION OF TIME**, service of which is being made upon you.

                Respectfully submitted,

                ZACHARY T. FARDON
                United States Attorney

By:   /s/ Renato Mariotti
       RENATO MARIOTTI
       Assistant U.S. Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 886-7855

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**NOTICE OF MOTION** and **GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

were served on October 7, 2015, in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.


s/ Renato Mariotti
RENATO MARIOTTI
Assistant United States Attorney