## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA,

      v.

LAURANCE H. FREED and
CAROLINE WALTERS.

No. 13 CR 951

Honorable Robert M. Dow, Jr.

## NOTICE OF MOTION

To:    All Counsel of Record and

       Christopher Robertson
       Seyfarth Shaw, LLP
       Seaport East
       Two Seaport Lane, Suite 300
       Boston, Massachusetts 02210-2028
       crobertson@seyfarth.com
       Counsel for Bank of America, NA

PLEASE TAKE NOTICE that on Tuesday, December 1, 2015 at 9:15 a.m., we shall appear before the Honorable Judge Robert M. Dow, Jr. in Courtroom 1919 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present **Defendants' Motion to Compel Bank of America to Comply with Rule 17(c) Subpoena**, a copy of which has been served upon all counsel of record via the Court's CM/ECF system and served on Mr. Robertson via via email and Federal Express delivery.

Respectfully submitted,
LAURANCE H. FREED
By: /s/ Corey B. Rubenstein
One of His Attorneys

Mark L. Rotert
Corey B. Rubenstein
Andrea C. Halverson
STETLER, DUFFY & ROTERT, LTD.
10 S. LaSalle Street
Suite 2800
Chicago, Illinois 60603
(312) 338-0200
mrotert@sdrlegal.com
cruben@sdrlegal.com
ahalverson@sdrlegal.com

 Respectfully submitted,
CAROLINE WALTERS
By: /s/ Thomas K. McQueen
One of Her Attorneys

Thomas K. McQueen
Law Offices of Thomas K. McQueen, P.C.
41 S. Wynstone Dr.
North Barrington, IL 60010
tkm@tmcqueenlaw.com

## CERTIFICATE OF SERVICE

I, Corey B. Rubenstein, an attorney, hereby certify that the foregoing was filed and served on all counsel of record via the Court's CM/ECF system and

Christopher Robertson
Seyfarth Shaw, LLP
Seaport East
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210-2028
crobertson@seyfarth.com
Counsel for Bank of America, NA
Via Email and Federal Express

on this 24th day of November, 2015.

/s/ Corey B. Rubenstein