# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                             Case No.: 1:13−cr−00951
                                              Honorable Robert M. Dow Jr.

Laurance H Freed, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 3, 2015:

      MINUTE entry before the Honorable Robert M. Dow, Jr. as to Laurance H Freed (1), and Caroline Walters (2): On 12/3/2015, the Parties advised the courtroom deputy that they are attempting to reach an agreement on Defendants' motion [69]. At the request of the the parties and by agreement of the parties, Bank of America's response to the Defendant's motion to compel Bank of America to comply with Rule 17(c) subpoena is due by the close of business on 12/14/2015, and Defendants' reply is due on 12/18/2015. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.