## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                         Case No.: 1:13−cr−00951
                                                             Honorable Robert M. Dow Jr.

Laurance H Freed, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 11, 2015:

      MINUTE entry before the Honorable Robert M. Dow, Jr. as to Laurance H Freed (1) and Caroline Walters (2): Pursuant to the Parties' e−mail to the Court's Courtroom Deputy, the Parties have reached an agreement on the Defendants' Rule 17 motion to compel and anticipate submitting a short agreed order. Accordingly, the briefing schedule on said motion is entered and continued until an agreed order is entered by the Court. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.