UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 13 CR 951 |
| LAURANCE H. FREED and CAROLINE WALTERS | Honorable Robert M. Dow, Jr. |

**MOTION FOR ENTRY OF AGREED
PROTECTIVE ORDER GOVERNING RULE 17(c) DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d), Bank of American, N.A. ("BoA") and the defendants Laurance H. Freed and Caroline Walters, move for the entry of an agreed protective order, and in support thereof state as follows:

1. On November 24, 2015, defendants Freed and Walters moved, under Rule 17(c) of the Federal Rules of Civil Procedure, for an order compelling BoA to produce certain documents pursuant to a subpoena *duces tecum* served on BoA ("Subpoena"). Dkt. 69.

2. Since then, counsel for the defendants and counsel for BoA have met and conferred repeatedly and through their joint efforts, the parties have reached an agreement regarding the Rule 17(c) Motion to Compel. As part of their agreement, the parties contemplate that this Court will enter an agreed protective order governing the Rule 17(c) discovery.

WHEREFORE, BoA and the defendants respectfully move this Court to enter the proposed protective order.

23646674v.1

Dated: January 5, 2016	Respectfully submitted,

                                                           LAURENCE H. FREED

                                                           By: /s/ Corey B. Rubenstein
                                                           One of His Attorneys
                                                           STETLER, DUFFY & ROTERT, LTD.


                                                           Mark L. Rotert
                                                           Corey B. Rubenstein
                                                           Andrea C. Halverson
                                                          STETLER, DUFFY & ROTERT, LTD.
                                                          10 S. LaSalle Street
                                                          Suite 2800
                                                          Chicago, Illinois 60603
                                                          (312) 338-0200
                                                          mrotert@sdrlegal.com
                                                          cruben@sdrlegal.com
                                                          ahalverson@sdrlegal.com

23646674v.1