UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 13 CR 951 |
| LAURANCE H. FREED and CAROLINE WALTERS | Honorable Robert M. Dow, Jr. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, January 12, 2016, at 9:15 a.m., we shall appear before the Honorable Robert M. Dow Jr. in Room 1919 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and present **Defendants Laurence H. Freed and Caroline Walters Agreed Motion for Protective Order Governing Rule 17(c) Discovery,** copies of which were served upon you via the Court's CM/ECF Online filing system.

Dated: January 5, 2016

Respectfully submitted,

LAURENCE H. FREED

By: /s/ Corey B. Rubenstein
One of His Attorneys
STETLER, DUFFY & ROTERT, LTD.

Mark L. Rotert
Corey B. Rubenstein
STETLER, DUFFY & ROTERT, LTD.
10 S. LaSalle Street
Suite 2800
Chicago, Illinois 60603
(312) 338-0200
mrotert@sdrlegal.com
cruben@sdrlegal.com

## CERTIFICATE OF SERVICE

       I, Corey Rubenstein, an attorney, hereby certify that I caused a true and correct copy of the foregoing **Notice of Motion,** and **Defendants Laurence H. Freed and Caroline Walters Agreed Motion for Protective Order Governing Rule 17(c) Discovery** to be filed via the Court's CM/ECF Online filing system and to be served on all counsel of record and

    Andrew S. Boutros
    Seyfarth Shaw, LLP
    131 S. Dearborn, Suite 2400
    Chicago, IL 60603
    aboutros@seyfarth.com

    Counsel for Bank of America, N.A
    via Email

on this 5th day of January, 2015.

                                                 /s/ Corey B. Rubenstein