## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                                Case No.: 1:13−cr−00951
                                                Honorable Robert M. Dow Jr.

Laurance H Freed, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 11, 2016:

      MINUTE entry before the Honorable Robert M. Dow, Jr. as to Laurance H Freed and Caroline Walters: All pretrial motions and proposed jury instructions and any Rule 404(b) notice are due by 1/19/2016;all responses/objections due by 1/25/2016; Santiago proffer due no later than 1/25/2016; proposed voir dire questions due by 1/27/2016; final pre−trial conference 1/28/2016 at 10:00 a.m. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.