# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                              Case No.: 1:13–cr–00951
                                                Honorable Robert M. Dow Jr.

Laurance H Freed, et al.

                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 11, 2016:

     MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing on the Defendants' consolidated motions to dismiss or strike certain counts and allegations of the superseding indictment, and memorandum in support thereof [63] is set for 1/14/2016 at 10:00 a.m. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.