**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> LAURANCE H. FREED and <br> CAROLINE WALTERS. | No. 13 CR 951 <br><br> Honorable Robert M. Dow, Jr. |

### DEFENDANTS' PROPOSED ADDITIONAL *VOIR DIRE* QUESTIONS

Defendants, Laurance H. Freed and Caroline Walters, propose the following additional questions be asked during *voir dire*:

1. As I will later instruct the jury in this case, the defendants are entitled to the presumption of innocence throughout the trial of this case. There is no obligation for the defendants to present any evidence or to prove their innocence. I will also instruct the jury that it is the government's burden to prove guilt beyond a reasonable doubt and that the jury shall find the defendants not guilty unless the government meets that burden. Is there any reason you would not be able to follow those instructions?

2. Have you or anybody close to you ever had, applied for, or considered a job in law enforcement or any other job in local, state, or federal government?

3. Have you ever been the victim of a financial crime?

4. Aside from the jobs you have already described, do you have any experience or specialized knowledge in banking, accounting, or real estate?

5. Have you or someone close to you ever had a negative experience involving a bank or a real estate developer?

6.  Do you have any views about banks or real estate developers that would prevent you from being impartial in this case?

7.  Have you or someone close to you ever been the subject of a foreclosure action, repossession, or debt collection efforts?

8.  Have you ever banked at or done business with Bank of America, LaSalle Bank, Cole Taylor Bank, or MB Financial Bank?

9.  Bearing in mind the crucial function that jurors perform in the Federal Court system, is there anything in your schedule in about the next three weeks that would make it impossible for you to serve on this jury?

10. Is there anything else that would prevent you from fairly and impartially serving as a juror in this case?

Dated: January 27, 2016

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| LAURANCE H. FREED | CAROLINE WALTERS |
| By: /s/ Corey B. Rubenstein<br>One of His Attorneys | By: /s/ Thomas K. McQueen<br>One of Her Attorneys |
| Mark L. Rotert<br>Corey B. Rubenstein<br>Andrea C. Halverson<br>STETLER, DUFFY & ROTERT, LTD.<br>10 S. LaSalle Street<br>Suite 2800<br>Chicago, Illinois 60603<br>(312) 338-0200<br>mrotert@sdrlegal.com<br>cruben@sdrlegal.com<br>ahalverson@sdrlegal.com | Thomas K. McQueen<br>Law Offices of Thomas K. McQueen, P.C.<br>41 S. Wynstone Dr.<br>North Barrington, IL 60010<br>tkm@tmcqueenlaw.com |

CERTIFICATE OF SERVICE

    I, Corey B. Rubenstein, an attorney, hereby certify that the foregoing was filed and served on all counsel of record via the Court's CM/ECF system on this 27th day of January, 2016.

/s/ Corey B. Rubenstein

Case: 1:13-cr-00951 Document #: 93 Filed: 01/27/16 Page 3 of 3 PageID #:503