UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 13 CR 951 |
| v. ) | |
| ) | Judge Robert M. Dow, Jr. |
| LAURANCE H. FREED and ) | |
| CAROLINE WALTERS ) | |

## GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

The UNITED STATES OF AMERICA, by its attorney, ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, respectfully requests that the following questions be asked to the venire during the course of the Court's voir dire examination:

1. Have you ever been arrested, charged with, or convicted of any offense other than a minor traffic offense like a speeding or parking violation? If yes, please indicate: (a) the nature of the offense for which you were arrested or charged; and (b) the disposition of the charge (i.e., imprisonment, probation, fine, etc.).[1]

2. Has a member of your family, or close friend ever been arrested, charged with, or convicted of a criminal offense other than a minor traffic offense? If yes, please indicate: (a) the individual's relationship to you; (b) the nature of the offense; and, (c) the disposition of the charge (i.e., imprisonment, probation, fine, etc.).

---

[1] Under 28 U.S.C. § 1865 ("Qualifications for Jury Service"), anyone who "has a charge pending against him for the commission of, or has been convicted in a State or Federal court" of any felony is ineligible to serve on a federal jury unless that person has had his civil rights restored. *See also United States v. Arce*, 997 F.2d 1123, 1127 (5th Cir. 1993) (collecting cases upholding the constitutionality of the disqualification provision).

3. Have you ever been questioned as part of a criminal investigation by any federal, state or local law enforcement agency?

4. Have you, a member of your family, or close friend ever been a victim of a crime? If so, please tell us when, describe the kind of crime or crimes involved and tell us whether the experience left you with a negative, positive or neutral impression of judges, the judicial system, prosecutors or defense attorneys.

5. If you answered yes to questions 1, 2, 3, or 4 please state whether this experience left you with a negative, positive or neutral impression of judges, the judicial system, prosecutors, defense attorneys or law enforcement organizations.

6. This case involves an investigation by the Federal Bureau of Investigation. Have you or any members of your family had any experiences with the FBI, or do you have any feelings regarding the FBI, their operations or their agents, that might make it difficult for you to fairly and impartially evaluate the evidence and render a fair verdict in this case?

7. This case involves certain financial institutions, including Bank of America and Cole Taylor Bank. Have your or any members of your family had any experiences with these financial institutions, or do you have feelings regarding their operations or their employees, that make it difficult for you to fairly and impartially evaluate the evidence and render a fair verdict in this case?

8. This case involves the City of Chicago's Department of Planning and Development. Have your or any members of your family had any experiences with The City's Department of Planning and Development, or do you have feelings regarding their

operations or their employees, that make it difficult for you to fairly and impartially evaluate the evidence and render a fair verdict in this case?

9. Are you familiar with the City of Chicago's Tax Increment Financing or "TIF" Program? Do you hold any strong beliefs regarding the City's TIF program and would these beliefs make it difficult for you to fairly and impartially evaluate the evidence and render a fair verdict?

10. Have you, a relative, or a close associate ever worked in the City of Chicago? If so, please state: (a) the nature of the position(s) held and by whom; and (b) whether there was anything about that experience that would make it difficult for you to be fair in this case?

11. Do any of you belong to any clubs, groups, associations, agencies, or organizations that advocate the non-payment of taxes, or are otherwise anti-tax?

12. Would you have any difficulty giving testimony by law enforcement agents the same weight that you would give testimony by any other witnesses?

13. Have you, a member of your family, or a close friend ever been employed in the criminal justice system? If so, was there anything about that employment that left you with a negative, positive or neutral impression of judges, the judicial system, prosecutors or defense attorneys?

14. Have you ever served on a jury before? If so, what was the nature of the case, did that jury deliberate and reach a verdict and were you selected as the foreperson on the jury?

15. What programs do you watch on television?

16. What magazines or other publications do you subscribe to?

17. Do you hold any religious, philosophical, moral, or other beliefs that would make it difficult for you to sit in judgment of another person?

18. At various times during the case, the Court will instruct you about the applicable law. It is your obligation to follow the Court's instructions about the law, whether you agree with the law or not. If you were to find that you disagreed with the law as given to you by this Court, would you nonetheless be able to follow that law and reach a verdict by applying that law to the evidence?

19. Are you related to or do you know any of the following potential witnesses in this case: [names from Witness List(s)]?

    Respectfully submitted,

    ZACHARY T. FARDON
    United States Attorney

By:   *s/Renato Mariotti*
    RENATO MARIOTTI
    MATTHEW F. MADDEN
    JESSICA ROMERO
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5300