**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 13 CR 951 |
| v. | ) | |
| | ) | Judge Robert M. Dow, Jr. |
| LAURANCE H. FREED, et al. | ) | |

**ATTORNEY APPEARANCE**

PLEASE TAKE NOTICE that Assistant United States Attorney Jessica Romero has been designated to appear in the above captioned case.

By: */s/Jessica Romero*
JESSICA ROMERO
Assistant United States Attorney
219 S. Dearborn St., Fifth Floor
Chicago, Illinois 60604
(312) 353-4137

Date: January 28, 2016

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## **ATTORNEY APPEARANCE**

was served pursuant to the district court's ECF system as to ECF filers on January 28, 2015.

*/s/Jessica Romero*
JESSICA ROMERO
Assistant United States Attorney
219 S. Dearborn Street, Fifth Floor
Chicago, Illinois 60604
(312) 353-4137