# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                              Case No.: 1:13−cr−00951
                                                               Honorable Robert M. Dow Jr.

Laurance H Freed, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 28, 2016:

       MINUTE entry before the Honorable Robert M. Dow, Jr. as to Laurance H Freed
(1) and Caroline Walters (2): Pretrial conference held. Order to follow. Mailed notice
(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.