**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | ) | |
| | ) | Case No. 13 CR 951 |
| | ) | |
| v. | ) | |
| | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| LAURANCE H. FREED and | ) | |
| CAROLINE WALTERS. | ) | |

## ORDER

    Following up on the Court's pretrial conference, the Court requests that the parties submit the following by February 4, 2016: 1) an agreed statement of case to be read at venire, 2) lists of witnesses and other names that will be mentioned at trial, 3) proposed voir dire questions, and 4) proposed jury instructions, all of which should be in Microsoft Word format. Should the parties require an additional conference next week to discuss these or any other matters, the Court instructs them to contact the courtroom deputy.

Dated: January 29, 2016

                                                  Robert M. Dow, Jr.
                                                  United States District Judge