# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

United States of America,

Plaintiff(s),

v.

Laurance H. Freed,

Defendant(s).

Case No. 13CR951-1
Judge Robert M. Dow

## ORDER

Jury trial begun. Jury trial continued to 2/9/2016 at 9:45 a.m.

5:00

Date: 2/8/2016

/s/ Robert M. Dow, Jr.
United States District Judge