**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

UNITED STATES OF AMERICA
                                  Plaintiff,

v.                                                   Case No.: 1:13−cr−00951
                                                            Honorable Robert M. Dow Jr.

Laurance H Freed, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 9, 2016:

       MINUTE entry before the Honorable Robert M. Dow, Jr. as to Laurance H. Freed (1): Jury trial continued to 2/10/2016 at 9:15 a.m. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.