# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                               Case No.: 1:13−cr−00951
                                                       Honorable Robert M. Dow Jr.

Laurance H Freed, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 11, 2016:

      MINUTE entry before the Honorable Robert M. Dow, Jr. as to Laurance H. Freed (1): The Court adopts the parties' proposed post−trial briefing schedule: Defendant's opening brief is due 4/13/2016; Government's response is due 5/2/2016; Defendant's reply is due 5/11/2016; the motion will be taken under advisement and the Court will issue a ruling by mail. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.