# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                              Case No.: 1:13−cr−00951
                                                        Honorable Robert M. Dow Jr.

Laurance H Freed, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 24, 2016:

      MINUTE entry before the Honorable Robert M. Dow, Jr. as to Caroline Walters (2): After balancing the factors discussed in United States v. Peterson, 711 F.3d 770,779 (7th Cir. 2013), the Court has decided to generally require the Probation Office to provide a copy of its sentencing recommendation to Defendant's counsel and to the government's counsel, and that requirement applies here. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.