**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                   Case No.: 1:13−cr−00951
                                                  Honorable Robert M. Dow Jr.

Laurance H Freed, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 24, 2016:

      MINUTE entry before the Honorable Robert M. Dow, Jr. as to Laurance H Freed (1): Status hearing held. This cause is referred to the Probation Office for a presentence investigation. By agreement of the parties, sentencing is set for 7/20/2016 at 10:30 a.m. The defendant may file a sentencing memorandum, including any objections to the presentence investigation report by 7/1/2016 and the government may respond by 7/12/2016. After balancing the factors discussed in United States v. Peterson, 711 F.3d 770,779 (7th Cir. 2013), the Court has decided to generally require the Probation Office to provide a copy of its sentencing recommendation to Defendant's counsel and to the government's counsel, and that requirement applies here. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.