**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13 CR 951 |
| v. | |
| LAURANCE H. FREED | Honorable Robert M. Dow, Jr. |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO CITE
SUPPLEMENTAL AUTHORITY IN SUPPORT OF HIS POST-TRIAL MOTIONS**

Defendant requests the Court to grant him leave to supplement his Post-Trial Motions by citation to a recently-decided case, *United States v. Weimert*, No. 15-2453 (7th Cir., April 8, 2016), attached hereto as Exhibit 1. The holding and reasoning of that case further support entry of a judgment of acquittal on each count of conviction under Rule 29(c), or alternatively an order for a new trial under Rule 33, because, in part, the Court held that the defendants' misrepresentations regarding the negotiating positions of the parties were not materially false statements and did not constitute a scheme to defraud.

Dated: April 29, 2016

Respectfully submitted,

LAURANCE H. FREED

By: /s/ Corey B. Rubenstein
One of His Attorneys

Mark L. Rotert
Corey B. Rubenstein
Andrea C. Halverson
STETLER, DUFFY & ROTERT, LTD.
10 S. LaSalle Street
Suite 2800
Chicago, Illinois 60603
(312) 338-0200
mrotert@sdrlegal.com
cruben@sdrlegal.com
ahalverson@sdrlegal.com

## **CERTIFICATE OF SERVICE**

  I, Corey B. Rubenstein, an attorney, hereby certify that the foregoing was filed and served on all counsel of record via the Court's CM/ECF system on this 29[h] day of April, 2016.

                  /s/ Corey B. Rubenstein