**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>LAURANCE H. FREED | No. 13 CR 951<br><br>Honorable Robert M. Dow, Jr. |

## NOTICE OF MOTION

TO:  All Counsel of Record:

PLEASE TAKE NOTICE that on Thursday, May 5, 2016 at 9:15 a.m., we shall appear before the Honorable Judge Robert M. Dow, Jr. in Courtroom 1919 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present **Defendant's Unopposed Motion For Leave to Cite Supplemental Authority in Support of His Post-Trial Motions**, a copy of which has been served upon you via the court's CM/ECF Online filing system.

Dated: April 29, 2016

Respectfully submitted,

LAURANCE H. FREED

By: /s/ Corey B. Rubenstein
       One of His Attorneys

Mark L. Rotert
Corey B. Rubenstein
Andrea C. Halverson
STETLER, DUFFY & ROTERT, LTD.
10 S. LaSalle Street
Suite 2800
Chicago, Illinois 60603
(312) 338-0200
mrotert@sdrlegal.com
cruben@sdrlegal.com
ahalverson@sdrlegal.com

## CERTIFICATE OF SERVICE

      I, Corey B. Rubenstein, an attorney, hereby certify that Defendant Laurance H. Freed's **Notice of Motion, Defendant's Unopposed Motion For Leave to Cite Supplemental Authority in Support of His Post-Trial Motions** and **Exhibit 1** were filed and served on all counsel of record via the Court's CM/ECF system on April 29, 2016.

                                            /s/ Corey B. Rubenstein
                                            Corey B. Rubenstein