UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 13 CR 951 |
| | ) | Judge Robert M. Dow, Jr. |
| LAURENCE FREED | ) | |
| | ) | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S POST-TRIAL MOTIONS INSTANTER**

The UNITED STATES OF AMERICA, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, respectfully submits the following motion for leave to file a response to defendant's post-trial motions instanter.

The government's response to the Defendant's Post-Trial Motions was due yesterday, May 16, 2016. The government respectfully requests the Court's permission to file instanter the government's response.

Dated: May 17, 2016

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: /s/ Matthew F. Madden
RENATO MARIOTTI
MATTHEW F. MADDEN
JESSICA ROMERO
Assistant United States Attorneys
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-2050