# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                             Case No.: 1:13–cr–00951

                                                          Honorable Robert M. Dow Jr.

Laurance H Freed, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 1, 2016:

      MINUTE entry before the Honorable Robert M. Dow, Jr. as to Laurance H Freed (1): At the government's unopposed request, the sentencing hearing set for 7/20/2016 is cancelled and reset to 9/9/2015 at 10:30 a.m. The defendant may file a sentencing memorandum, including any objections to the presentence investigation report and sentencing recommendations by 8/19/2016, and the government may respond by 8/26/2016. No appearances are necessary on 7/20/2016. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.