**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>LAURANCE H. FREED and<br>CAROLINE WALTERS. | No. 13 CR 951<br><br>Honorable Robert M. Dow, Jr. |

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that on Wednesday, June 8, 2015 at 9:15 a.m., we shall appear before the Honorable Judge Robert M. Dow, Jr. in Courtroom 1919 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present **Defendant Laurance H. Freed's Unopposed Motion to Permit Travel**, a copy of which has been served upon you via the court's CM/ECF Online filing system.

Dated: June 2, 2016

                                                            Respectfully submitted,

                                                            LAURANCE H. FREED


                                                     By: /s/ Corey B. Rubenstein
                                                           One of His Attorneys

Mark L. Rotert
Corey B. Rubenstein
Andrea C. Halverson
STETLER, DUFFY & ROTERT, LTD.
10 S. LaSalle Street
Suite 2800
Chicago, Illinois 60603
(312) 338-0200
mrotert@sdrlegal.com
cruben@sdrlegal.com
ahalverson@sdrlegal.com

## CERTIFICATE OF SERVICE

    I, Corey B. Rubenstein, an attorney, hereby certify that Defendant Laurance H. Freed's **Notice of Motion** and **Defendant Laurance H. Freed's Unopposed Motion to Permit Travel** were filed and served on all counsel of record via the Court's CM/ECF system on June 2, 2015.

                                                            /s/ Corey B. Rubenstein
                                                            Corey B. Rubenstein