# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> LAURANCE H. FREED | No. 13 CR 951 <br><br> Honorable Robert M. Dow, Jr. |

## ORDER MODIFYING BOND TRAVEL RESTRICTIONS

This matter coming before the Court on the Unopposed Motion of Defendant LAURANCE H. FREED to Permit Travel (Dkt. # 147),

IT IS HEREBY ORDERED as follows:

1. Defendant Freed's travel conditions are modified to authorize his travel from Chicago to France from no earlier than July 25, 2016, until no later than August 25, 2016.

2. Defendant Freed shall provide the Pretrial Services Officer with a written itinerary prior to his departure, and he shall promptly notify the Pretrial Services Officer upon each of his departure from and return to the United States.

3. Pretrial Services is authorized to provide to Defendant Freed his passport within seven days of the start of his trip.

4. Defendant Freed is ordered to surrender his passport to Pretrial Services within seven days of returning home from the trip.

IT IS SO ORDERED.

          **ENTERED:**

          _____

          Hon. Robert M. Dow, Jr.
          United States District Court Judge

Dated: June 16, 2016

AGREED AS TO FORM:

/s/ Matthew Madden
Matthew Madden,
Assistant United States Attorney

PREPARED BY:

Corey B. Rubenstein
STETLER, DUFFY & ROTERT, LTD.
Counsel for Defendant Freed