UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No. 13 CR 951-1 |
| | ) | |
| **LAURANCE FREED** | ) | Judge Dow, Jr. |
| | ) | |
| **Defendant.** | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

    Respectfully submitted,

    ZACHARY T. FARDON
    United States Attorney

    By: s/ Joseph A. Stewart
      JOSEPH A. STEWART
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      312-469-6008
      JStewart1@usa.doj.gov